No. 84–801. MIDLANTIC NATIONAL BANK *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and

No. 84–805. O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR *v.* CITY OF NEW YORK ET AL.; and O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION. C. A. 3d Cir. [Certiorari granted, 469 U. S. 1207.] Motion of Thomas H. Jackson for leave to file a brief as *amicus curiae* granted.

No. 84–1198. TEXAS *v.* McCULLOUGH. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 84–1244. DAVIS ET AL. *v.* BANDEMER ET AL. D. C. S. D. Ind. [Probable jurisdiction noted, 470 U. S. 1083.] Motion of appellants to expedite and schedule oral argument during 1984 Term denied.

No. 84–6344. IN RE ELY. Petition for writ of mandamus denied.

No. 84–1236. CABANA, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. *v.* BULLOCK. C. A. 5th Cir. Certiorari granted.

No. 84–6263. BATSON *v.* KENTUCKY. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–2131. CITY OF OVERLAND PARK, KANSAS, ET AL. *v.* HAMILTON. C. A. 10th Cir. Certiorari denied.

No. 83–2140. MURRAY CITY ET AL. *v.* MISMASH. C. A. 10th Cir. Certiorari denied.

No. 83–6676. GARCIA *v.* INGRAM. C. A. 10th Cir. Certiorari denied.

No. 83–7047. McCLURE *v.* ESPARZA ET AL. C. A. 8th Cir. Certiorari denied.